12836

FANT, STATE BANK EXAMINER, v. HOME BANK & TRUST
CO.
SPROTT *ET AL.* v. McFADDIN *ET AL.*

(153 S. E., 792)

450

452

_Messrs. DuRant & Sneeden,_ for appellants.

_Mr. Preston B. Thames,_ also for respondents.

February 13, 1930.

The opinion of the Court was delivered by MR. JUSTICE BLEASE.

The conclusions of his Honor, C. J. Ramage, circuit Judge, in this case are satisfactory to this Court. His decree, which will be reported, is hereby affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES COTHRAN, STABLER and CARTER concur.